IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06-00132-CR-W-ODS |
| ) | |
| OSCAR SILVA-YANEZ, ) | |
| ) | |
| Defendant. ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

     Pending before the Court is Magistrate Judge Robert E. Larsen's Report and Recommendation Denying Defendant's Motion to Suppress Evidence (Doc. #32). Defendant has not filed any objections to the Report and Recommendation and the time for doing so has passed. Having reviewed the record de novo, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the Order of the Court and the Motion to Suppress is denied.

IT IS SO ORDERED.

                                                                  /s/ Ortrie D. Smith
                                                                  ORTRIE D. SMITH, JUDGE
DATE: July 12, 2006                           UNITED STATES DISTRICT COURT