IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. |
| | ) | 06-00132-01-CR-W-ODS |
| OSCAR SILVA-YANEZ, | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E. Larsen, to which no objection has been filed, the plea of guilty of the defendant to the indictment is now accepted and the defendant is adjudged guilty of this offense. Sentencing will be set by subsequent order of the court.

                                                           /s/ Ortrie D. Smith
                                                       ORTRIE D. SMITH
                                                       United States District Judge

Kansas City, Missouri
September 6, 2006